UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Thomas Flaschberger,

       Petitioner,

vs.                                                   ORDER

Warden R.L. Morrison,

       Respondent.                            Civ. No. 05-2965 (PAM/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1.    That the Petition for a Writ of Habeas Corpus, pursuant to Title 28 U.S.C. §2241 [Docket No. 1] is granted.

2.    That the Respondent is directed to reconsider the date when Petitioner should be assigned to a CCC, in light of the criteria set forth in Title 18 U.S.C. § 3621(b) and without regard to 28 C.F.R. §§ 570.20 and .21.

                                                   BY THE COURT:

                                                   s/ Paul A. Magnuson

Dated: April 5, 2006                       Judge Paul A. Magnuson
At St. Paul, Minnesota                United States District Court